AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DENIS NIKOLAYEVICH OBREZKO | ) | 25-mj-1347-DLC |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2024 to present _____ in the county of _____ Middlesex _____ in the

_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit unauthorized access to a protected computer |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent ███████████

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/15/2025 _____

_____
*Judge's signature*

City and state:    Boston, MA    Chief U.S. Magistrate Judge Donald L. Cabell
_____
*Printed name and title*